1  **JOHN R. DUREE, JR. INC.**
   **A Professional Corporation**
2  State Bar No. 65684
   428 J Street, Suite 352
3  Sacramento, California 95814
   Telephone: (916) 441-0562
4  Fax: (916) 447-2988
   Email: *jduree@pacbell.net*
5
   Attorney for Defendant
6  VITALIY ANDREYEV

7

8
                IN THE UNITED STATES DISTRICT COURT
9
          IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12
13  THE UNITED STATES OF        )   2:12-cr-00069 JAM
    AMERICA,                    )
                                )   STIPULATION AND
14              Plaintiff,      )   [~~PROPOSED~~] ORDER
                                )   TO CONTINUE STATUS
15  v.                          )   CONFERENCE
                                )
16  VITALIY ANDREYEV,           )
                                )
17              Defendant.      )
    _____     )
18

19  **IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Status

20  Conference scheduled for May 22, 2012 at 9:30 a.m. in Courtroom 6 is continued to July

21  17, 2012, at 9:30 a.m. in the same courtroom.

22      The United States, through its undersigned counsel, and the defendants, through

23  their undersigned counsel, hereby agree and stipulate that the status conference should be

24  continued in order to allow counsel to prepare, review and evaluate the case in order to

25  effectively negotiate the matter. All parties stipulate and agree that the ends of justice are

26  served by this continuance and outweigh the best interest of the public and Defendants in

27  a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

28      It is further stipulated that the period from the date of this stipulation through and
    including July 17, 2012, be excluded in computing the time within which trial must

commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time for preparation of counsel). The ends of justice served by the continuance outweigh the best interest in the public and the Defendants in a speedy trial.

**IT IS SO STIPULATED.**

Dated: May 18, 2012                         /s/ Lee Bickley
                                            LEE BICKLEY
                                            Assistant U.S. Attorney

Dated: May 18, 2012                         /s/ John R. Duree, Jr.
                                            JOHN R. DUREE, JR.
                                            Attorney for Vitaliy Andreyev

Dated: May 18, 2012                         /s/ Victor S. Haltom
                                            VICTOR S. HALTOM
                                            Attorney for Andrey Andreyev

## ORDER

**IT IS SO ORDERED.**

Dated: May 17, 2012
                                            /s/John A. Mendez
                                            HON. JOHN A. MENDEZ
                                            U.S. District Court Judge