```
VICTOR S. HALTOM, Esq.
SBN - 155157
428 J Street, Suite 350
Sacramento, California  95814
Telephone: (916) 444-8663

Attorney for Defendant
ANDREY ANDREYEV
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            )<br>       Plaintiff, )<br>            )<br>       v.   )<br>            )<br>ANDREY ANDREYEV, )<br>            )<br>       Defendant. )<br>            )<br>_____ ) | Case No. 2:12-cr-00069 JAM<br><br>STIPULATION REGARDING<br>EXCLUDABLE TIME PERIODS UNDER<br>SPEEDY TRIAL ACT; FINDINGS AND<br>ORDER |

Plaintiff United States of America, by and through its counsel of record, and defendants, Andrey Andreyev and Vitaliy Andreyev, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on July 17, 2012.

2. By this stipulation, defendants now move to continue the status conference until August 21, 2012 at 9:45 a.m., and to exclude time between July 17, 2012 and August 21, 2012 under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

    a. The government has represented that the discovery associated with this case includes voluminous records, including mortgage and bank records involving multiple transactions. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying, and/or will be made available.

    b. Counsel for defendants desire additional time to review these materials, discuss the materials with their clients, and assess the potential sentencing ramifications of the materials.

    c. Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d. The government does not object to the continuance.

    e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, <u>et seq.</u>, within which trial must commence, the time period of July 17, 2012 to August 21, 2012, inclusive, is deemed excludable

pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED:    July 16, 2012.

/s/ **Steven Lapham**
**STEVEN LAPHAM**
Assistant United States Attorney

DATED:    July 16, 2012.

/s/ **Victor Haltom**
**VICTOR HALTOM**
Counsel for Defendant A. Andreyev

DATED:    July 16, 2012.

/s/ **John R. Duree, Jr.**
**JOHN R. DUREE, JR.**
Counsel for Defendant V. Andreyev

3

<u>O R D E R</u>

IT IS SO FOUND AND ORDERED this 16th day of July, 2012.

<u>/s/John A. Mendez</u>
UNITED STATES DISTRICT COURT JUDGE

4