1  VICTOR S. HALTOM, Esq.
   SBN - 155157
2  428 J Street, Suite 350
   Sacramento, California  95814
3  Telephone: (916) 444-8663

4  Attorney for Defendant
   ANDREY ANDREYEV

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,      )   Case No. 2:12-cr-00069 JAM
                                   )
13              Plaintiff,         )   STIPULATION REGARDING
                                   )   EXCLUDABLE TIME PERIODS UNDER
14         v.                      )   SPEEDY TRIAL ACT;FINDINGS AND
                                   )   ORDER
15  ANDREY ANDREYEV,               )
                                   )
16              Defendant.         )
                                   )
17  _____ )

18

19      Plaintiff United States of America, by and through its

20  counsel of record, and defendants, Andrey Andreyev and Vitaliy

21  Andreyev, by and through their counsel of record, hereby

22  stipulate as follows:

23      1.   By previous order, this matter was set for status on

24  January 8, 2013.

25      2.   By this stipulation, defendants now move to continue

26  the status conference until February 5, 2013, and to exclude time

27  between January 8, 2013 and February 5, 2013 under Local Code T4.

28  Plaintiff does not oppose this request.

1      3.   The parties agree and stipulate, and request that the
2  Court find the following:
3      a.   The discovery associated with this case includes
4           voluminous records, including mortgage and bank records
5           involving multiple transactions.  All of this discovery
6           has been either produced directly to counsel and/or
7           made available for inspection and copying, and/or will
8           be made available.
9      b.   Counsel for defendants desire additional time to review
10          these materials, discuss the materials with their
11          clients, and assess the potential sentencing
12          ramifications of the materials.
13     c.   The government has provided proposed plea agreements to
14          defense counsel.  Defense counsel are going over the
15          plea agreements with their clients.  The parties hope
16          to have the case resolved by the next status
17          conference.
18     d.   Both defense counsel are currently in a lengthy trial
19          in Butte County in a case stemming from the death of a
20          child.
21     e.   Counsel for defendants believe that failure to grant
22          the above-requested continuance would deny them the
23          reasonable time necessary for effective preparation,
24          taking into account the exercise of due diligence.
25     f.   The government does not object to the continuance.
26     g.   Based on the above-stated findings, the ends of justice
27
28                                2

1  served by continuing the case as requested outweigh the

2  interest of the public and the defendant in a trial

3  within the original date prescribed by the Speedy Trial

4  Act.

5      h.  For the purpose of computing time under the Speedy

6  Trial Act, 18 U.S.C. § 3161, et seq., within which

7  trial must commence, the time period of January 8, 2013

8  to February 5, 2013, inclusive, is deemed excludable

9  pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

10  T4] because it results from a continuance granted by

11  the Court at defendant's request on the basis of the

12  Court's finding that the ends of justice served by

13  taking such action outweigh the best interest of the

14  public and the defendant in a speedy trial.

15     4.  Nothing in this stipulation and order shall preclude a

16  finding that other provisions of the Speedy Trial Act dictate

17  that additional time periods are excludable from the period

18  within which a trial must commence.

19  IT IS SO STIPULATED.

20

21  DATED:    January 7, 2013.

22

23              /s/ **Steven Lapham**
                **STEVEN LAPHAM**
                Assistant United States Attorney

24

25  / / /

26  / / /

27

28                          3

1  DATED:      January 7, 2013.

2

3                              /s/ **Victor Haltom**
                               **VICTOR HALTOM**
                               Counsel for Defendant A. Andreyev

4

5  DATED:      January 7, 2013.

6

7                              /s/ **John R. Duree, Jr.**
                               **JOHN R. DUREE, JR.**
                               Counsel for Defendant V. Andreyev

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                    4

1

O R D E R

2   IT IS SO FOUND AND ORDERED this 7th day of January,
2013.

3

4 _____                /s/ John A. Mendez
                                 UNITED STATES DISTRICT COURT JUDGE  ___

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                5