1  BENJAMIN B. WAGNER
   United States Attorney
2  LEE S. BICKLEY
   Assistant United States Attorneys
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5
   Attorneys for Plaintiff
6  United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00069 JAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING IMPOSITION OF JUDGMENT & SENTENCING |
| v. | DATE: JULY 22, 2014 |
| ANDREY AND VITALIY ANDREYEV, | TIME: 9:45 A.M. |
| Defendants. | JUDGE: JOHN A. MENDEZ |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants Andrey and Vitaliy Andreyev, by and through their counsel of record, hereby stipulate that the judgment and sentencing date in the matter presently set for July 22, 2014, at 9:45 a.m. and all accompanying dates associated with sentencing should be vacated and the matter continued to February 17, 2015, at 9:30 a.m. for a status conference regarding the imposition of judgment and sentencing.

Both Andrey Andreyev and Vitaliy Andreyev's plea agreements with the government contain cooperation provisions and the government is not able to adequately assess the degree of their cooperation until the charges against others have been tried or otherwise disposed of. For that reason, the parties have stipulated that the current date for judgment and sentencing and all associated dates concerning the Presentence Report may be vacated and the matter continued to February 17, 2015, at 9:30 a.m. for a status conference regarding a new date for imposition of judgment and sentencing and

Stipulation to Continue Sentencing             1

the setting of a new schedule of disclosures for the Presentence Report.  Probation does not object.

IT IS SO STIPULATED.

DATED: June 5, 2014                              BENJAMIN B. WAGNER
                                                                United States Attorney

                                                                */s/ Lee S. Bickley*
                                                                LEE S. BICKLEY
                                                                Assistant United States Attorney

                                                                For the UNITED STATES OF AMERICA

DATED: June 5, 2014                              */s/ Lee S. Bickley for*
                                                                JOHN DUREE

                                                                For defendant VITALIY ANDREYEV

DATED: June 5, 2014                              */s/ Lee S. Bickley for*
                                                                VICTOR HALTOM

                                                                For defendant ANDREY ANDREYEV

# O R D E R

IT IS SO FOUND AND ORDERED that for good cause appearing from the stipulation of the parties that the date for judgment and sentencing in this matter currently scheduled for 9:45 a.m. on July 22, 2014, and all accompanying dates concerning the Presentence Report are vacated and the matter is continued to February 17, 2015, at 9:30 a.m. for a status conference regarding the imposition of judgment and sentence.

This 6th day of June, 2014.

                                                                /s/ John A. Mendez
                                                                HONORABLE JOHN A. MENDEZ
                                                                UNITED STATES DISTRICT JUDGE

Stipulation to Continue Sentencing                              2